ORIGINAL

FILED

09/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0348

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0348

DAVID LLOYD LERVOLD,

Petitioner,

v.

PETE BLUDWORTH, Warden,

Respondent.

**FILED**

SEP 13 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

In an August 30, 2022 Order, this Court granted self-represented Petitioner David Lloyd Lervold's Petition for Writ of Habeas Corpus in part and remanded his underlying criminal case to the Seventh Judicial District Court, Richland County, for amendment to run the sentence concurrently with Lervold's sentence from Yellowstone County District Court. We also ordered the Department of Corrections to prepare and file a supplemental response to Lervold's second issue of additional credit for time while on parole. This Court neglected to provide a time frame for that response. M. R. App. P. 14(7)(b). Since our Order, Lervold has filed a motion for a thirty-day "extension of time to reply by motion for rehearing."

Lervold's Motion is not properly before this Court. A petition for rehearing is not appropriate because Lervold's petition for habeas corpus relief has not yet concluded. Reply memoranda are not allowed in an original proceeding, such as this. M. R. App. P. 14(7)(b).

Upon review of the foregoing, therefore,

IT IS ORDERED that the Department of Corrections shall FILE its supplemental response, as detailed in this Court's August 30, 2022 Order, on or before September 29, 2022. The Department may seek an extension of time to file, pursuant to the Montana Rules of Appellate Procedure.

IT IS FURTHER ORDERED that Lervold's "Motion for 30 day extension of time to reply by motion for rehearing" is DENIED.

The Clerk is directed to provide a copy of this Order to: the Honorable Katherine M. Bidegaray, District Court Judge; Janice Klempel, Clerk of District Court, Richland County, under Cause No. DC 13-010; counsel of record; and David Lloyd Lervold personally.

DATED this 13th day of September, 2022.

For the Court,

By _____

Chief Justice